FILED

2012 Dec-06  AM 09:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **MICHEAL ORLANDO CHAMPAGNIE,** | ) | |
| | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No.: 4:12-cv-02559-AKK-JEO** |
| **v.** | ) | |
| | ) | |
| **SCOTT HASSEL, et al.,** | ) | |
| **Respondents.** | ) | |

## <u>MEMORANDUM OPINION</u>

On July 30, 2012, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody.  (Doc. 1 at 9).  This case is currently before the court on Respondents' Motion to Dismiss as Moot (doc. 5), filed December 4, 2012.  In their motion, Respondents note that Petitioner was removed from the United States pursuant to an Order of Removal on November 1, 2012.  (Doc. 5-1). Because Petitioner has been removed, the court can no longer provide meaningful relief.  Thus, the Petition is moot.  *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003).  Accordingly, Respondents' Motion is due to be granted and the petition is due to be dismissed without prejudice.

Done the 6th day of December, 2012.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE